■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDY RUGGIANO, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered October 5, 1978, affirmed. (See *People v Ruggiano,* 92 Misc 2d 876.) This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Gulotta and Shapiro, JJ., concur.